IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| DARCI LONG & | § | PLAINTIFFS |
| COLIN LONG | § | |
| | § | |
| v. | § | Civil Action No. 1:08cv531HSO-JMR |
| | § | |
| NORTHWEST AIRLINES, INC. | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss filed on October 1, 2008 [5-1]. The Court, after review and consideration of Defendant's Motion, Plaintiffs' Response, Defendant's Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 12(b)(1) and Plaintiffs' Complaint is hereby dismissed without prejudice, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 5th day of August, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE